UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DAMIAN MARTIN, on behalf of himself and all others similarly situated,

                       Plaintiff,

-v.-

FIORI FLOWERS CORP.,

Civil Action No: 1:23-cv-8817

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 3, 2024

| For Plaintiff Damian Martin | For Defendant Fiori Flowers Corp. |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/Michael Samuel_<br>Michael Samuel<br>1441 Broadway Suite 6085<br>New York, NY 10018<br>Ph: (212) 563-9884<br>michael@thesamuellawfirm.com |

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<div style="margin-left: 3em;">

*/s/ Mark Rozenberg*

Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

</div>